

# Fourth Court of Appeals
## San Antonio, Texas

November 1, 2023

No. 04-23-00756-CV

**IN RE** Sara **COTHER**, Kenneth Cother, and Jackie Cother, in their Individual Capacities and as Representatives of the Estate of Tristen Cother, Deceased, Relators

Original Proceeding[1]

**ORDER**

On August 15, 2023, relators filed a petition for writ of mandamus and a motion seeking a stay of the underlying order pending final resolution of the petition for writ of mandamus. On August 31, 2023, the real parties in interest filed a motion to dismiss this original proceeding.

After considering the petition and the record, this court concludes relators are not entitled to the relief sought. Accordingly, the petition for writ of mandamus is **DENIED**. *See* TEX. R. APP. P. 52.8(a). Relators' motion for emergency relief and the real parties' motion to dismiss are **DENIED AS MOOT**.

It is so **ORDERED** on November 1, 2023.

Beth Watkins, Justice

IN WITNESS WHEREOF, I have hereunto set my hand and affixed the seal of the said court on this 1st day of November, 2023.

Michael A. Cruz, Clerk of Court

---

[1]This proceeding arises out of Cause No. 2020CVA001489D2, styled *Sara Cother, Kenneth Cother, and Jackie Cother, in Their Individual Capacities and as Representatives of the Estate of Tristen Cother, Deceased v. Jose Luis Juarez and HP Carriers, Inc.*, pending in the 111th Judicial District Court, Webb County, Texas, the Honorable Monica Z. Notzon presiding.